# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

### APPEARANCE

Case Number: 08mj0794

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN CARLOS CORDERO-NAVARRO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/17/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name                                  Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467              (619) 687-2666 |
| | Phone Number                Fax Number |