UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                        )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>JUAN CARLOS CORDERO-NAVARRO,  )<br>                                                              )<br>            Defendant.                    )<br>_____) | Case No. 08mj0794<br><br>CERTIFICATE OF SERVICE |

       Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

       United States Attorney's Office
       880 Front Street
       San Diego, CA  92101


Dated:  March 17, 2008                              /s/  Erick  L.  Guzman
                                                                   ERICK L. GUZMAN
                                                                   Federal Defenders
                                                                   225 Broadway, Suite 900
                                                                   San Diego, CA 92101-5030
                                                                   (619) 234-8467  (tel)
                                                                   (619) 687-2666  (fax)
                                                                   E-mail: erick_guzman@fd.org